# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | Adam Troy Brawner |
| **Case Number:** | 09-09608-JKC-13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, APRIL 27, 2010 10:20 AM   IP 325 |
| **Bankruptcy Judge:** | JAMES K. COACHYS |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### Matter:

Motion filed by U.S. Bank, N.A. for Relief From Stay And to Abandon Real Estate And Debtors Objection filed thereto [30, 32]

**R / M #:**   30 / 0

**VACATED: Per e-mail on 4/21/10 from Atty. for U.S. Bank, matter resolved by Agreed Entry to be filed within 21 days**

### Appearances:

NONE

### Proceedings:

VACATED: Per e-mail on 4/21/10 from Atty. for U.S. Bank, matter resolved by Agreed Entry to be filed within 21 days

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**