SO ORDERED: June 30, 2010.



_____
James K. Coachys
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| BRAWNER, Adam Troy | ) | CASE NO. 09-09608-JKC-13 |
| 3917 Gray Arbor Drive | ) | |
| Indianapolis, IN 46237 | ) | |
| Debtor | ) | |

### ORDER GRANTING RELIEF FROM STAY
### AND ABANDONMENT OF REAL ESTATE

U.S. Bank, N.A., successor by merger to The Leader Mortgage Company's ("Secured Creditor"), by counsel, Stacy J. DeLee, Motion For Relief From Stay and to Abandon Real Estate, having come before the Court,

And the Court having examined said Motion and being duly advised in the premises, and having found that the Debtor has failed to make payments pursuant to the Chapter 13 Plan, being in material default and failing to adequately protect U.S. Bank, N.A., successor by merger to The Leader Mortgage Company's interest, and having found that said failure to make payments constitutes sufficient cause for relief from stay.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED,** by the Court that the automatic stay be, and it hereby is, lifted as to U.S. Bank, N.A., successor by merger to The Leader

Mortgage Company, its successors and assigns, to allow U.S. Bank, N.A., successor by merger to The Leader Mortgage Company, its successors and assigns, to enforce its rights and remedies under applicable law, including, without limitation, proceeding with a foreclosure action on the following described real estate located in Marion County, Indiana:

**LOT NUMBERED 9 IN GRAY ARBOR RECORDED NOVEMBER 29, 1995, AS INSTRUMENT NO. 95-154155, IN THE OFFICE OF THE RECORDER OF MARION COUNTY, INDIANA.**

Commonly known as: **3917 Gray Arbor Drive, Indianapolis, IN 46237**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that said real estate is abandoned from the bankruptcy estate.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that such Order shall bind Debtor in any conversion of the above-entitled bankruptcy proceeding, as to the interest of U.S. Bank, N.A., successor by merger to The Leader Mortgage Company, its successors and assigns in the above-described property.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a) (3) be waived.

###